**00–1805. State ex rel. Berneike v. Westlake.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the application for dismissal of relators Edward Berneike, Ann Baldzicki, and Mary Lou Demaline,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, January 30, 2001*

## MOTION DOCKET

**00–507. Cincinnati Bell Tel. Co. v. Public Util. Comm.**
Public Utilities Commission No. 96–899–TP–ALT. This cause, here on appeal from the Public Utilities Commission of Ohio, is scheduled for oral argument on January 30, 2001. On January 29, 2001, appellant filed a motion for leave to file additional authority. S.C.Prac.R. IX(8) requires that additional authorities be filed no fewer than seven days before oral argument. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of motions to waive the filing deadlines of the Rules of Practice,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion for leave to file additional authority be, and hereby is, stricken.

**00–1854. Jennings Commons Apts., Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 98–A–1234, 98–A–1235 and 98–A–1236. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand the case to the Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand the case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs expended herein; and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Board of Tax Appeals for entry.

**01–182. Davis v. Wolfe.**
Noble App. No. 279. This cause is pending before the court as an appeal from the Court of Appeals for Noble County. Upon consideration of appellant's motion for a stay of execution of the court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion for stay of execution of the court of appeals' judgment pending appeal be, and hereby is, denied.

MOYER, C.J., RESNICK and COOK, JJ., would grant the motion.